Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
IN CLERK'S OFFICE

MAY 0 9 2008

U.S. DISTRICT COURT
MID. DIST. TENN.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: _____
Deputy Clerk

(SEE ATTACHED SCHEDULE)

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAY 1 2 2008

BY _____
DEPUTY CLERK

### CONDITIONAL TRANSFER ORDER (CTO-65)

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 326 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 7 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

### SCHEDULE CTO-65 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 08-489 | Virginia Sauve v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0481) |
| ALN 2 08-490 | Henry Barrett, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0482) |
| ALN 2 08-569 | Bobby Haynes, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0483) |
| **DISTRICT OF COLUMBIA** | |
| DC 1 08-484 | Laura Brooks v. Novartis Pharmaceuticals Corp., et al. (MDTN No. 3:08-cv-0484) |
| DC 1 08-490 | Mort Sher v. Novartis Pharmaceuticals Corp. (MDTN NO. 3:08-cv-0485) |
| DC 1 08-491 | Irene D. Hickman-Thomas, et al. v. Novartis Pharmaceuticals Corp. (3:08-cv-0486) |
| DC 1 08-492 | Carlie J. Odia v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0487) |
| DC 1 08-493 | Bobbie James, et al. v. Novartis Phamaceuticals Corp. (MDTN No. 3:08-cv-0488) |
| DC 1 08-494 | Alfred W. Stafford v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0489) |
| DC 1 08-495 | John Warchol, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0490) |
| **FLORIDA MIDDLE** | |
| FLM 6 08-456 | Nancy Guenther, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0491) |
| **MISSOURI EASTERN** | |
| MOE 4 08-409 | Linda Call, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0492) |